IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JAMES MOORE, | ) | Chapter 13 |
| | ) | Case No. 13-11325 |
| Debtor. | ) | |
| | ) | |
| JAMES MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Adversary Proceeding No. 14-01011 |
| | ) | |
| COMENITY CAPITAL BANK, and its agent, | ) | |
| QUANTUM3 GROUP LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

Plaintiff, James Moore respectfully responds to the Defendant's Motion to Dismiss and asserts that the Motion should be denied based upon the facts and law referenced in Plaintiff's Brief.

Pursuant to E.D. Tenn. LBR 7007-1(a), the Plaintiff requests a hearing on the Motion pending and the response thereto.

Respectfully submitted,

RICHARD BANKS & ASSOCIATES, P. C.

Richard L. Banks, BPR 000617
R. Bradley Banks, BPR 031013
393 Broad Street NW
P.O. Box 1515
Cleveland, TN 37364
T: (423) 479-4188
F: (423) 478-1175
Email: rbanks@rbankslawfirm.com
*Attorneys for the Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing was filed electronically and served by first class mail and /or by the Court's Electronic Filing Notice to the parties listed below:

Victoria A. Ferraro, Esq.
401 Church Street, Suite 2600
Nashville, TN 37219
*Attorney for Defendants*

Kara West
Attorney for Chapter 13 Trustee
Eastern District of Tennessee
at Chattanooga

Gwendolyn Kerney
Chapter 13 Trustee
Eastern Division of
Tennessee at Knoxville by regular mail

Richard L. Banks, BPR 000617